(80 South. 398)

LAMPKIN v. THOMAS.    (8 Div. 111.)

(Supreme Court of Alabama.    Nov. 28, 1918. Rehearing Denied Dec. 23, 1918.)

APPEAL AND ERROR ⬅1151(2)—CORRECTION OF JUDGMENT.

Where evidence in action on account did not justify allowance of certain items against defendant, Supreme Court will correct judgment by deducting items, and affirm.

Appeal from Circuit Court, Morgan County; Robert C. Brickell, Judge.

Action by J. R. Thomas against Tennie S. Lampkin, administratrix of the estate of A. B. Lampkin. From judgment for plaintiff, defendant appealed to the Court of Appeals, which affirmed (16 Ala. App. 482, 79 South. 156), the case being transferred to the Supreme Court under Acts 1911, p. 449, § 6. Corrected and affirmed.

E. W. Godbey, of Decatur, for appellant. Wert & Lynne, of Decatur, for appellee.

SOMERVILLE, J. Eliminating the question of the credibility of the witnesses, we are of the opinion that the evidence in this case did not justify the allowance of the item of $3 for oats and $2.50 for corn, as part of the account against defendant.

Let the judgment be corrected by deducting these items, and, as corrected, affirmed at the cost of appellee.

Corrected and affirmed.

ANDERSON, C. J., and MAYFIELD and THOMAS, JJ., concur.